In the Matter of the Judicial Settlement of the Final Account of Proceedings of WESTCHESTER TITLE & TRUST COMPANY and ANNA B. JUNKERSFELD, as Executors of PETER JUNKERSFELD, Deceased. ANNA B. JUNKERSFELD and Others, Objectors, Appellants; WESTCHESTER TITLE & TRUST COMPANY, Executor, etc., of PETER JUNKERSFELD, Deceased, BANK OF THE MANHATTAN COMPANY, Respondents.— Motion to resettle order of this court dated July 18, 1935, denied. The order does not deviate from the decision [244 App. Div. 260] and is, therefore, not subject to correction or amendment. There was no question involving the validity of the claim for $3,390.57 presented on the appeal before this court. Our directions had to do with the surcharge of the executors and were independent of the claim which had been allowed and which appears from the record to be a valid indebtedness. Examination of the decree as since entered by the learned surrogate on the 18th day of June, 1936, discloses that the executors have been credited with payment of the indebtedness of which this claim was a part, in full. If such payment in fact has not been made, the claimant's remedy should be addressed to the decree as entered, as it may be advised. Present — Lazansky, P. J., Young, Hagarty and Taylor, JJ.; Adel, J., not voting.

In the Matter of Supplementary Proceedings: MAX KAPLAN, etc., Respondent, v. HERMINE C. PEYSER, Sued Herein as HERMINE PEYSER, Appellant, and WILLIAM PEYSER, Judgment Debtor.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 660.] Motion for a stay granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of IRVING J. LANDSMAN, an Attorney, Respondent.— Matter referred to Honorable ISAAC M. KAPPER, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of ROSE HELEN PADERS, an Attorney.— Matter referred to Honorable Issac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAYMOND J. RILEY, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent was convicted of the crime of grand larceny in the second degree in the County Court, Kings county. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of JULIUS L. ROSENTHAL, an Attorney, Respondent.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of GENEVIEVE SCHWEDER, Respondent, v. JAMES SCHWEDER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM A. THOMAS, an Attorney and Counselor at Law.— The court will reserve its decision in this proceeding to await the outcome of the action brought by the respondent against the complainants herein, provided the respondent proceed expeditiously therewith. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.